Crocker
[address] Rd.
Kissimmee, Florida 34759

FILED
IN CLERKS OFFICE

Massachusetts District Court      September 20, 2021
1 Courthouse Way
Boston, MA 02210

2021 SEP 24  PM 12: 52
U.S. DISTRICT COURT
DISTRICT OF MASS.

1:21-cv-11312-LTS

Dear Sir:

We would like consent for motion to efile our answers to interpleader summons. We received the summons on different dates. Signed up for pacer to file answer, and did not know we needed to file motion for efile.

Susan Crocker
susie030@gmail.com

Alex Crocker
Croc@hey.com

FILED
IN CLERKS OFFICE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
2021 SEP 24 PM 12: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

SUSAN M. CROCKER                                                      CIVIL
ACTION 1:21cv11312LTS
Alexander W. Crocker
DEFENDANT

District Court Clerk
Please re-schedule interpleader for Oct.4, Alexander did not receive
his summons until September 14, 2021.
We would like consent to efile our answers.

Answer:

PGA Realty case was settled 20 years ago. Peter Crocker forced us into MA probate court.  My husband
Glenn died in Georgia. Glenn owned 50% of PGA Realty Trust. His father, Ralph signed Glenns name on original
**PGA Trust doc.set up to expire in 1985 when Peter, Glenn, Anne were adults.**
Peter Crocker became PGA Manager in 1984, and extended PGA for his bebefit.
**PGA Trust terms required income be paid out or accumulated for beneficiary, Glenn Crocker.**
Peter treated accrued unpaid income as contribution to capital (partnership) instead of following Trust terms, required distributing net income.



**From:** "Karlberg, Eric D." <EDKarlberg@plgt.com>
**To:** "'smc60@juno.com'" <smc60@juno.com>
**Date:** Mon, 29 Jul 2002 16:49:46 -0400
**Subject:** RE: Fw:Amounts due Glenn/Susan

I forwarded this to Pat so we can discuss it Wednesday. I think you hit a key point: without the Settlement order entered by a court, Peter has run the companies however he chose to. With the court intervention, we have dictated how it is to be run going forward. The court will now have jurisdiction to hold his feet to the fire, where they didn't before. We can't fix each problem going back to 1961, but we can fix the problems that are there now. Unlike in the past, Peter has to clearly detail all of the amounts coming and going out of the companies. He is also not allowed to act unilaterally anymore. If the agreement blows up, it will be back to Peter's old ways. We have already made him concede that things were not run properly in the past and we dictated how they would be run going forward.

-----Original Message-----
**From:** smc60@juno.com [mailto:smc60@juno.com]
**Sent:** Monday, July 29, 2002 4:43 PM
**To:** EDKarlberg@plgt.com
**Subject:** Fw: Fw:Amounts due Glenn/Susan

Hi Eric:
Does Trust document authorize Peter to steal from Glenn's beneficiary account?
No reason to wait for court to "approve" GLENN'S BENEFICIARY ACCOUNT already past due.

DUE GLENN'S BENEFICIARY ACCOUNT: